# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SUNLIGHT ENTERPRISES, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) CASE NO.: 6:21-cv-1219-PGB-DCI |
| | ) |
| SUNLIGHT SOLAR, LLC, | ) |
| ANDREW RAMOS, FONDEUR | ) |
| ELECTRICAL CONTRACTORS, INC., and | ) |
| JADE ELECTRICAL SERVICES CORP., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

## NOTICE OF SETTLEMENT

Pursuant to Local Rule 3.09(a), Plaintiff, through its undersigned counsel, hereby notifies the Court that the parties have agreed upon general terms of settlement of the above captioned action.

In view of the settlement, the Plaintiff requests the Court exercise its discretion under Local Rule 3.09(b) to stay all deadlines or close the case, subject to the right of any of the parties to move the Court within sixty (60) days, for the purpose of entering a stipulated form of final order or judgment, or, for good cause, to reopen the case for further proceedings.

DATED: August 16, 2021.

        */s/ Matthew G. McKinney*
        Matthew G. McKinney
        TRIAL COUNSEL
        Florida Bar No. 385298
        mmckinney@allendyer.com
        **ALLEN, DYER, DOPPELT,**
          **& GILCHRIST, P.A.**
        255 S. Orange Ave., Suite 1401
        Orlando, Florida 32801
        Tel: 407-841-2330
        Fax: 407-841-2331
        *Attorneys for Plaintiff Sunlight Enterprises, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on August 16, 2021, to all counsel of record via email and who are deemed to have consented to electronic service via the Court's CM/ECF system.

Benjamin Bedrava, Esq.
The Rapacke Law Group, P.A.
618 E. South Street, #500
Orlando, FL 32801
ben@arapackelaw.com
(954) 951-01544
Attorneys for Defendants

        */s/ Matthew G. McKinney*
        Matthew G. McKinney