UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**SUNLIGHT ENTERPRISES, INC.,**

       **Plaintiff,**

v.                                        Case No: 6:21-cv-1219-PGB-DCI

**SUNLIGHT SOLAR, LLC, ANDREW RAMOS, FONDEUR ELECTRICAL CONTRACTORS, INC. and JADE ELECTRICAL SERVICES CORP.,**

       **Defendants.**
_____/

## ORDER

The Court has been advised by the parties that the above-styled action has been settled. (Doc. 7). Accordingly, pursuant to Local Rule 3.08(b) of the Middle District of Florida, it is

**ORDERED** and **ADJUDGED** that this case is hereby **ADMINISTRATIVELY CLOSED** subject to the right of any party to file within sixty (60) days a stipulated form of final order or judgment or, on good cause shown, to move the Court to re-open the case for further proceedings. Failure to timely file a stipulated form of final order or judgment within sixty (60) days will result in the case being dismissed without prejudice without further notice to the parties. The Clerk is **DIRECTED** to administratively close the file.

**DONE AND ORDERED** in Orlando, Florida on August 18, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties